UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RASHAAD A. HERRING                                    PLAINTIFF

VS.                               CIVIL ACTION NO. 3:09CV123TSL-FKB

SUPERIOR WELDING & FABRICATION, INC.                   DEFENDANT

## ORDER

This cause is before the court on the motion of defendant
Superior Wwelding & Fabrication, Inc. for summary judgment
pursuant to Rule 56 of the Federal Rules of Civil Procedure.
Plaintiff Rashaad A. Herring has responded to the motion and the
court, having considered the memoranda of authorities, together
with attachments, submitted by the parties, concludes that the
motion should be granted as to plaintiff's claim for race
discrimination and intentional infliction of emotional distress,
but should be denied as to plaintiff's retaliation claim.  As
pertains to his retaliation claim, plaintiff's response to
defendant's motion includes evidence of a version of events which
differs in material respects from that claimed by defendant, and
which in the court's opinion, precludes defendants' request for
summary judgment.

Accordingly, it is ordered that defendant's motion for summary judgment is granted in part and denied in part, as set forth herein.

SO ORDERED this 27th day of May, 2010.


_____
UNITED STATES DISTRICT JUDGE